ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARRY R. SCHOTZ,

      Petitioner,

      v.

CHARLES WILLIAMS, Warden,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 13-04704 FMO (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

DATED:    July 9, 2013

                                       /s/
                             FERNANDO M. OLGUIN
                   UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____July 9, 2013_____
      Stephen Ybarra

DEPUTY CLERK